# Exhibit 46

**Kings County District Attorney's Memo re: ADA Training, NYC HHR 034298-034299**

**[Document Filed Under Seal]**